United States District Court
Southern District of Texas

_____
                                                )
United States of America ex rel.  )
GNGH2 Inc.,                            )
       Plaintiff-Relator,       )
                                                )
    - against -                       )         Case No. 4:24-cv-1900
                                                )
Huisman North America Services LLC,  )         **Second Stipulation**
                                                )
       Defendant.                    )
_____)

It is hereby STIPULATED AND AGREED as follows:

The time for Huisman North America Services LLC ("Defendant") to answer, move, or otherwise respond to the Amended Complaint in this matter shall be, and hereby is, extended to April 25, 2025; and

Defendant waives any objection to service of the Summons, Complaint, and the Amended Complaint.

                                _/s/ David Abrams_____
                                David Abrams, Attorney at Law
                                (No. 3869090)
                                 Attorney for Relator
                                GNGH2 Inc.

                                PO Box 3353 Church Street Station
                                New York, NY 10008
                                Tel. 212-897-5821
                                dnabrams@gmail.com

Dated: April 15, 2025

        Ross Spence, P.C.

        _/s/ Ross Spence_____
        Ross Spence
        State Bar No. 18918400
        ross@rossspence.com
        4582 Elm
        Bellaire, TX 77401
        (713) 201-0878 – Main Telephone
        Attorney for Defendant